**DISMISS and Opinion Filed December 19, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00609-CV**

**CHRISTY HATCHER, Appellant**
**V.**
**CARMEN LIN, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-01491-C**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Partida-Kipness, and Justice Nowell
Opinion by Justice Partida-Kipness

Appellant's brief in this case is overdue. After appellant failed to timely file her brief, we directed appellant by postcard dated November 2, 2022 to file her brief within ten days and cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b),

(c).


/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE


220609F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

CHRISTY HATCHER, Appellant

No. 05-22-00609-CV      V.

CARMEN LIN, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas

Trial Court Cause No. CC-22-01491-C.

Opinion delivered by Justice Partida-Kipness. Chief Justice Burns and Justice Nowell participating.

      In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered December 19, 2022